UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00338

**Bryan Blake Nichols,**
*Plaintiff,*

v.

**Gregg County Sheriff's Dept.,**
*Defendant.*

# ORDER

Plaintiff Bryan Blake Nichols, an inmate proceeding pro se and *in forma pauperis*, filed a civil rights lawsuit under 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On November 30, 2022, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to plaintiff's failure to prosecute and to comply with the court's order to file an amended complaint. Doc. 11. A copy of the report was mailed to plaintiff, who received it on December 3, 2022, and did not file written objections. Doc. 12.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on March 8, 2024.*

J. Campbell Barker
United States District Judge